■ In the Matter of the Estate of LEON M. RUCK, Deceased. JEAN RUCK, as Administratrix of the Estate of LEON M. RUCK, Deceased, Respondent; FIELDS HABERDASHERY, INC., et al., Appellants. FIELDS HABERDASHERY, INC., Appellant, v. JEAN RUCK, as Administratrix of the Estate of LEON M. RUCK, Deceased, Respondent. FIELDS TWENTY-TWO FIFTY, INC., Appellant, v. JEAN RUCK, as Administratrix of the Estate of LEON M. RUCK, Deceased, Respondent. REUBEN RUCK, Appellant, v. JEAN RUCK, as Administratrix of the Estate

990

of Leon M. Ruck, Deceased, Respondent.— Order of the Surrogate's Court, entered November 17, 1958, unanimously affirmed, with $10 costs and disbursements to the respondent. Order of the Supreme Court, entered January 13, 1959, unanimously affirmed, with $10 costs and disbursements to the respondent. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.